

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER

Appellate case name:        Glenis Dionicio Cordova-Lopez v. The State of Texas

Appellate case number:    01-20-00724-CR

Trial court case number:  1578342

Trial court:                        178th District Court of Harris County

On November 16, 2021, this Court issued an order abating the appeal and remanding to the trial court for completion and correction of the appellate record. On December 6, 2021, the trial court filed a sealed supplemental clerk's record that includes the items appellant requested.

Accordingly, the Court lifts the abatement and reinstates the appeal on the active docket. Appellant's brief is due **within 30 days of the date of this order**.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
                              ☑ Acting individually    ☐ Acting for the Court

Date:    ___December 16, 2021____